# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 05, 2019**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Stanard, Jocelyn Rae | Docket No. | 0980 2:19CR00090-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jocelyn Rae Stanard, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 22nd day of August 2019, under the following conditions:

**Condition #27: Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.** Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** On October 31, 2019, the undersigned received the results from a urinalysis Ms. Standard submitted on October 10, 2019, which indicated she was positive for opiates. Thereafter, the undersigned contacted Ms. Stanard via telephone, in which she admitted to taking an oxycodone pill for which she did not have a valid prescription on or about October 7, 2019, which is a direct violation of condition number 27.

On August 22, 2019, the conditions of pretrial release supervision were reviewed with Ms. Stanard. She acknowledged an understanding of her conditions, which included release condition number 27.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: November 5, 2019 |
| by | s/Jonathan C. Bot |
| | Jonathan C. Bot
U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

____November 5, 2019_____
Date