# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 13, 2019**

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Stanard, Jocelyn Rae | Docket No. | 0980 2:19CR00090-SMJ-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jocelyn Rae Stanard, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 22nd day of August 2019, under the following conditions:

**Condition # 6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Condition # 31:** Defendant shall comply with all supervision requirements imposed by other courts.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation # 1:** In response to Ms. Stanard failing to call the undersigned back via telephone on multiple occasions throughout the week of December 2 to 6, 2019, Ms. Stanard was directed by the undersigned to report to the U.S. Probation Office on December 9, 2019. Ms. Stanard acknowledged an understanding of this directive via text message. On December 9, 2019, Ms. Stanard failed to report as directed, which is a direct violation of condition number 6. It should be noted, the undersigned was able to contact Ms. Stanard at her residence on December 10, 2019.

On August 22, 2019, the conditions of pretrial release supervision were reviewed with Ms. Stanard. She acknowledged an understanding of her conditions, which included release condition number 6.

**Violation # 2:** On September 4, 2019, Ms. Stanard signed an agreement to enter into a diversion supervision program under case 19-1-00088-33 in Stevens County Superior Court. On November 14, 2019, a petition was filed by Stevens County diversion alleging Ms. Stanard failed to comply with the conditions of her diversion, which is a direct violation of condition 31. In response to the petition, a diversion revocation hearing was scheduled for December 3, 2019, in which Ms. Stanard failed to appear, and thus a bench warrant for her arrest was issued which remains active as of this writing.

On August 22, 2019, the conditions of pretrial release supervision were reviewed with Ms. Stanard. She acknowledged an understanding of her conditions, which included release condition number 31.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:  December 13, 2019 |
| by | s/Jonathan C. Bot |
| | Jonathan C. Bot<br>U.S. Pretrial Services Officer |

PS-8
Re: Stanard, Jocelyn Rae
December 13, 2019
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

December 13, 2019
_____
Date