UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Stanard, Jocelyn Rae | Docket No. | 0980 2:19CR00090-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Jonathan C Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jocelyn Rae Stanard, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 22nd day of August 2019, under the following conditions:

**Condition #27: Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.** Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

**Condition # 6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation # 3:** On January 7, 2020, Ms. Stanard failed to provide a urinalysis, as directed.

Specifically, on January 7, 2020, Ms. Stanard's initial appearance, she reported to the U.S. Probation Office. Ms. Stanard was informed that a urinalysis was to be collected, in which Ms. Stanard informed the undersigned and a female U.S. probation officer that she was ready and able to provide a sample. While in the lavatory with the female U.S. probation officer, it was reported that Ms. Stanard was displaying behaviors that alerted the officer, as she was evasive with directives and she appeared nervous and was visibly shaking. Further, during one of her attempts at providing a sample, she motioned her hand in a way that concerned the officer that she may have a urine device. After being in the lavatory for approximately 10 minutes attempting to provide a sample, Ms. Stanard was unable to provide a urinalysis sample. Ms. Stanard was then granted the opportunity to return to the U.S. Probation lobby, in which she would be able to consume water and inform staff when she would be able to provide a sample. Upon exiting the lavatory, Ms. Stanard was observed by U.S. probation staff going directly to, and entering into, an elevator. Thereafter, Ms. Stanard sent the undersigned a text message stating she had urinated herself and that she was going to her vehicle to change clothes and would return to the U.S. Probation Office. The undersigned sent multiple text messages to Ms. Standard directing her that she would indeed need to report back to the U.S. Probation Office on that date. Ms. Stanard ultimately failed to return to the U.S. Probation Office and submit to a urinalysis, which is a direct violation of condition number 27.

On August 22, 2019, the conditions of pretrial release supervision were reviewed with Ms. Stanard. She acknowledged an understanding of her conditions, which included release condition number 27.

**Violation # 4:** On January 7, 2020, Ms. Stanard failed to report as directed.

Specifically, on January 7, 2020, after abruptly departing the U.S. Probation Office, Ms. Stanard informed the undersigned via text message that she would be returning to the U.S. Probation Office. The undersigned sent multiple text messages to Ms. Standard stating she would indeed need to report back to the U.S. Probation Office, which she acknowledged. The

PS-8
**Re: Stanard, Jocelyn Rae**
**January 8, 2020**
**Page 2**

undersigned last sent text messages to Ms. Stanard at 3:44 p.m. and 3:57 p.m. reminding her that she needed to report to the U.S. Probation Office, in which there was no response from Ms. Stanard the rest of the day. Ms. Stanard failed to report to the U.S. Probation Office as directed on January 7, 2020, which is a direct violation of release condition number 6.

On August 22, 2019, the conditions of pretrial release supervision were reviewed with Ms. Stanard. She acknowledged an understanding of her conditions, which included release condition number 6.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 8, 2020

by    s/Jonathan C. Bot

Jonathan C. Bot
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

January 9, 2020

Date