# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 04, 2020**

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Stanard, Jocelyn Rae | Docket No. | 0980 2:19CR00090-SMJ-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jocelyn Rae Stanard, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 22nd day of August 2019, under the following conditions:

**Condition # 9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner in conformance with Federal Law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation # 5:** On or about January 10, 2020, Ms. Stanard used a narcotic drug.

Specifically, on January 24, 2020, Ms. Stanard admitted to a U.S. probation officer, and via a written statement, that she used oxycodone on January 10, 2020, which is a direct violation of condition number 9.

**Violation # 6:** On or about January 22, 2020, Ms. Stanard used a narcotic drug.

Specifically, on January 24, 2020, Ms. Stanard provided a urinalysis that tested presumptive positive for methamphetamine, amphetamine, and morphine, she initially denied any use since her last reported relapse on January 10, 2020, and the urinalysis sample was sent to Alere Toxicology (Alere) for confirmation. On January 30, 2020, the undersigned spoke with Ms. Stanard and she admitted she used an illicit substance on or about January 22, 2020, that may have contained methamphetamine, a direct violation of condition number 9. On January 31, 2020, Alere reported the aforementioned urinalysis was confirmed positive for methamphetamine.

PRAYING THAT THE COURT WILL ORDER A SUMMONS AND INCORPORATE THE ABOVE VIOLATIONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: February 4, 2020 |
| by | s/Jonathan C. Bot |
|  | Jonathan C. Bot<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

February 4, 2020
_____
Date