# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 28, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Stanard, Jocelyn Rae | Docket No. | 0980 2:19CR00090-SMJ-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jocelyn Rae Stanard, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 22nd day of August 2019, under the following conditions:

**Condition # 6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Condition #28:** Defendant shall participate in one or more of the following home confinement program(s):

**Home Detention:** Defendant shall be restricted to his/her residence at all times except for attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation # 10:** Ms. Stanard failed to report to the U.S. Probation Office as directed on February 21, 2020.

Specifically, in response to Ms. Stanard failing to report to the U.S. Probation Office on February 20, 2020, as directed, and being 1 hour and 40 minutes late for her substance abuse assessment, she was directed to report to the U.S. Probation Office on February 21, 2020, at 9:30 a.m. On February 21, 2020, the undersigned contacted Ms. Stanard at 8:14 a.m., in which she stated she was still at her residence. Due to her residence being approximately just under 2 hours away from the U.S. Probation Office, the undersigned and Ms. Stanard agreed to reset the appointment to 1:30 p.m. At 12:10 p.m., Ms. Stanard contacted the undersigned and stated she was departing her residence to report to the U.S. Probation Office. At 12:47 p.m., Ms. Stanard contacted the undersigned and stated she forgot her wallet and would be driving back to her residence to retrieve it. At 1:36 p.m., Ms. Stanard contacted the undersigned and stated she was departing her residence to report to the U.S. Probation Office. Ms. Stanard failed to report to the U.S. Probation Office as directed, a direct violation of release condition number 6. It should be noted, Ms. Stanard sent the undersigned a text message at 4:59 p.m. stating she was looking for parking.

On August 22, 2019, the conditions of pretrial release supervision were reviewed with Ms. Stanard. She acknowledged an understanding of her conditions, which included release condition number 6.

**Violation # 11:** Ms. Stanard failed to comply with the conditions of her home detention.

Specifically, on February 27, 2020, collateral contact with the Colville Police Department indicated Ms. Stanard was contacted on a traffic stop in front of Walmart in Colville, Washington, on February 26, 2020, at approximately 11:40 p.m. Ms. Stanard did not have permission to be out of her residence during this time, which is a direct violation of release condition number 28. Ms. Stanard was ultimately taken into custody due to an arrest warrant that was issued by U.S. Magistrate Judge Rodgers on February 21, 2020.

On February 11, 2020, Ms. Stanard appeared before U.S. Magistrate Judge Rodgers, in which she was informed she would be subject to an additional condition of home detention. After the hearing, Ms. Stanard reported to the U.S. Probation Office in which condition number 28 was further reviewed with Ms. Stanard, and she acknowledged an understanding of this condition.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: February 27, 2020

by s/Jonathan C. Bot

Jonathan C. Bot
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

February 28, 2020
Date