PROB 12C
(6/16)

Report Date: December 29, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 30, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jocelyn Rae Stanard            Case Number: 0980 2:19CR00090-SMJ-1

Address of Offender:                             Kettle Falls, Washington 99141

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: October 21, 2020

| | |
|---|---|
| Original Offense: | Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) |
| Original Sentence: | Prison - 239 Days; TSR - 60 Months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| Date Supervision Commenced: | October 22, 2020 |
| Defense Attorney: | Federal Public Defender |
| Date Supervision Expires: | October 21, 2025 |

## PETITIONING THE COURT

To issue a **WARRANT.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Ms. Stanard used a controlled substance, heroin, on or about December 6, 2020, a direct violation of mandatory condition number 3.

Ms. Stanard's conditions of supervised release were reviewed with her on October 23, 2020. She acknowledged an understanding of her conditions, which includes mandatory condition number 3.

On December 9, 2020, collateral contact with Ms. Stanard's treatment provider indicated that she provided a urinalysis that tested negative for illicit substances. However, Ms. Stanard informed her treatment provider that she relapsed on heroin on December 6, 2020, as she wanted to be honest with treatment. On December 10, 2020, Ms. Stanard was confronted regarding her illegal drug use to which she admitted to the undersigned that she used heroin on or about December 6, 2020.

Prob12C
Re: Stanard, Jocelyn Rae
December 29, 2020
Page 2

|   |   |   |
|---|---|---|
| 2 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: It is alleged that Ms. Stanard failed to report to her probation officer via telephone on December 15 and 22, 2020, as instructed, a direct violation of standard condition number 2.

Ms. Stanard's conditions of supervised release were reviewed with her on October 23, 2020. She acknowledged an understanding of her conditions, which includes mandatory condition number 3.

On December 11, 2020, in response to Ms. Stanard's admitted relapse on heroin, she was instructed to contact the undersigned officer via telephone every Tuesday until instructed otherwise. Ms. Stanard failed to contact the undersigned on December 15, 2020. On December 22, 2020, the undersigned attempted to contact Ms. Standard via telephone in which Ms. Stanard sent a text message stating she was in the shower with her daughter and she would return the call upon getting out of the shower. Ms. Stanard failed to return the telephone call on December 22, 2020. Due to the continued inability to reach Ms. Stanard via telephone, the undersigned contacted Ms. Stanard's roommate on December 28, 2020, in which it was relayed for Ms. Standard to contact the undersigned via telephone. In the afternoon of December 28, 2020, Ms. Standard contacted the undersigned via telephone in which she apologized for her recent evasiveness and admitted she was struggling with her sobriety.

3    **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Ms. Stanard used a controlled substance, heroin, on or before December 24, 2020, a direct violation of mandatory condition number 3.

Ms. Stanard's conditions of supervised release were reviewed with her on October 23, 2020. She acknowledged an understanding of her conditions, which includes mandatory condition number 3.

On December 28, 2020, the undersigned spoke with Ms. Stanard via telephone and she admitted that she had relapsed on heroin on multiple occasions since our last conversation on December 11, 2020, and that her last use was on or about December 24, 2020.

The U.S. Probation Office respectfully recommends the Court **issue a WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Stanard, Jocelyn Rae**
**December 29, 2020**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 29, 2020

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

12/30/2020
Date