PROB 12C
(6/16)

Report Date: February 16, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 16, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jocelyn Rae Stanard        Case Number: 0980 2:19CR00090-SMJ-1

Address of Offender:                        , Kettle Falls, Washington 99141

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: October 21, 2020

Original Offense:    Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)

Original Sentence:   Prison - 239 days            Type of Supervision: Supervised Release
                     TSR - 60 days

Asst. U.S. Attorney:  Caitlin A. Baunsgard        Date Supervision Commenced: October 22, 2020

Defense Attorney:     Federal Defenders Office    Date Supervision Expires: October 21, 2025

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/30/2020 and 02/12/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that on or about February 12, 2021, Ms. Standard violated special condition number 3 by using heroin. |
| | Ms. Stanard's conditions of supervised release were reviewed with her on October 23, 2020. She acknowledged an understanding of her conditions, which includes special condition number 3. |
| | On February 15, 2021, the undersigned spoke with Ms. Stanard via telephone, and it was at that time she admitted to using heroin on or about February 12, 2021. |

Prob12C
**Re: Stanard, Jocelyn Rae**
**February 16, 2021**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/16/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

02/16/2021
Date