PROB 12C
(6/16)

Report Date: April 16, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 19, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Jocelyn Rae Stanard | Case Number: | 0980 2:19CR00090-SMJ-1 |
| Address of Offender: | , Kettle Falls, Washington 99141 | | |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: October 21, 2020

Original Offense:    Distribution of 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 239 days<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | October 22, 2020 |
| Defense Attorney: | Andrea George | Date Supervision Expires: | October 21, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/30/2020, 02/12/2021 and 02/16/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: It is alleged that Ms. Stanard violated the terms of her supervised release as she was unsuccessfully discharged from her substance abuse inpatient treatment program on April 14, 2021, which is a direct violation of special condition number 2. |
| | Ms. Stanard's conditions of supervised release were reviewed with her on October 23, 2020. She acknowledged an understanding of her conditions, which includes special condition number 2. |
| | On February 23, 2021, Ms. Stanard was assessed at the Spokane County Jail (SCJ), in which it was determined she met the criteria for inpatient substance abuse treatment. On March 4, 2021, per the Court's order, Ms. Stanard was granted a temporary release for her to commence inpatient treatment at Pioneer Center East (PCE) on March 8, 2021, and she was |

Prob12C
Re: Stanard, Jocelyn Rae
April 16, 2021
Page 2

to be returned to the SCJ the day of her completion, whether it be successful or unsuccessful. On April 14, 2021, the undersigned ascertained that Ms. Stanard was going to be unsuccessfully discharged from PCE for various behavioral reasons. It should be noted, Ms. Stanard was previously placed on a behavioral contract prior to her unsuccessful discharge. Ms. Stanard was returned to the SCJ on April 14, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/16/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

04/19/2021
Date