PROB 12C
(6/16)

Report Date: August 4, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 04, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jocelyn Rae Stanard | Case Number: 0980 2:19CR00090-SMJ-1 |
| Address of Offender: , Kettle Falls, Washington 99141 | |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza Jr., U.S. District Judge

Date of Original Sentence: October 21, 2020

Original Offense:    Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)

| | | |
|---|---|---|
| Original Sentence: | Prison - 239 days<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: October 22, 2020 |
| Defense Attorney: | Andrea K. George | Date Supervision Expires: October 21, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/30/2020, 02/12/2021, 02/16/2021, and 04/16/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Ms. Stanard violated the terms of her supervised release by using methamphetamine on or about July 26, 2021.<br><br>Ms. Stanard's conditions of supervised release were reviewed with her on October 23, 2020. She acknowledged an understanding of her conditions, which includes special condition number 3.<br><br>On August 2, 2021, Ms. Stanard's treatment provider informed the undersigned that her urinalysis on July 26, 2021, was confirmed positive for methamphetamine. Thereafter, the undersigned contacted Ms. Stanard and she admitted to relapsing on methamphetamine on or about July 26, 2021. |

Prob12C

Re: Stanard, Jocelyn Rae
August 4, 2021
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/04/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

08/04/2021
Date